# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LORI A. HELMER, <br><br> Defendant. | Case No. 4:13-cr-40089-JPG-3 |

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

Defendant Lori A. Helmer has filed a motion asking the Court to recommend to the Federal Bureau of Prisons that they place Helmer into a residential re-entry center for 9 to 12 months. (ECF No. 157.) The Court cannot grant Helmer's request. 18 U.S.C. § 3582 "precludes modification of a prison term except on motion of the Bureau of Prisons." *United States v. Jumah*, 431 F. App'x 494, 496 (7th Cir. 2011). The BOP has made no such motion here, so there is no justiciable case or controversy for the Court to adjudicate. What Helmer actually seeks is an advisory opinion, and it is well established that advisory opinions do not constitute a justiciable "case or controversy" under Article III of the U.S. Constitution. *Flying J Inc. v. City of New Haven*, 549 F.3d 538, 544 (7th Cir. 2008). Accordingly, the Court **DISMISSES** Helmer's motion.

**IT IS SO ORDERED.**

**DATED: SEPTEMBER 20, 2018**

*s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**
